

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| PJC/LS | *271 Cadman Plaza East* |
| F. #2022R00297 | *Brooklyn, New York 11201* |

April 16, 2026

BY ECF

The Honorable Natasha C. Merle
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: United States v. Zakia Khan, et al.
> Criminal Docket No. 24-409 (S-1) (NCM)

Dear Judge Merle:

The government writes on behalf of the parties to provide a joint status report in the above-referenced case ahead of the status conference currently scheduled for April 21, 2026.

Since the last status conference on January 13, 2026, the government has extended one additional plea agreement, which expires on April 17, 2026, and produced additional discovery from cellphones belonging to two defendants. The government is considering whether to supersede the Superseding Indictment in preparation for trial, and it anticipates that a Second Superseding Indictment would be returned well ahead of the January 2027 trial date and not require substantial additional discovery.

The parties are available to provide additional information that the Court may request.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

LORINDA LARYEA
Chief, Fraud Section
Criminal Division
U.S. Department of Justice

By:   /s/Patrick J. Campbell
Patrick J. Campbell
Leonid Sandlar
Trial Attorneys, Fraud Section
Criminal Division
U.S. Department of Justice
(202) 262-7067

cc:    Clerk of Court (NCM) (by email)
Counsel of record (by ECF)