UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------X

UNITED STATES OF AMERICA,                          24-CR-409(S-1)(NCM)

                              Plaintiff,
          -against-                                **NOTICE OF APPEARANCE**

ZAKIA KHAN,

                              Defendant.
---------------------------------------------X

**PLEASE TAKE NOTICE THAT** Claimant Justice Holdings, LLC,

appears in this action by his attorneys Charles R. Cuneo, P.C.,

and demands that copies of all papers in this proceeding be served

upon Charles R. Cuneo, P.C. at the address stated below.

Dated:    Huntington, New York
          May 27, 2026

                              Yours, etc.

                              CHARLES R. CUNEO, P.C.


                              *Charles R. Cuneo*
                              Charles R. Cuneo
                              82 Main Street
                              Suite 200
                              Huntington, NY 11743
                              631/923-2700
                              charles@cuneolegal.com

TO:  (via PACER)