UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------X

UNITED STATES OF AMERICA,                          24-CR-409(S-1)(NCM)

                              Plaintiff,

            -against-                              **VERIFIED PETITION TO
                                                  ADJUDICATE PURSUANT TO
                                                  CLAIM 21 USC 853(n)**

ZAKIA KHAN,

                              Defendant.

----------------------------------------------X


      Claimant Justice Holdings, LLC (the "Claimant") by and
through its attorneys, Charles R. Cuneo, P.C., hereby submits this
verified claim to the defendant property pursuant to Supplemental
Rule G(5) of the Federal Rules of Civil Procedure, 21 U.S.C.
§853(n), and the applicable orders and notices issued herein.

**CLAIMANT INFORMATION**

1. Claimant's name – Justice Holdings, LLC

2. Address – c/o Charles R. Cuneo, P.C. 82 Main Street, Suite 200,
Huntington, NY 11743

3. (917) 682-9899

4. cryan@ryanrealtyventures.com

5. Claimant's counselors' information appears in the signature
block below.

1

6. Relationship to defendant - NONE

**PROPERTY CLAIMED**

1. Claimant asserts an interest in the following real property that is the subject of forfeiture in this case (the "Defendant Property"):

The real property located at and known as 173 Bay 32nd Street, Brooklyn, NY 11214 (Block 6540, Lot 30) as described in the Preliminary Order of Forfeiture dated August 14, 2025.

**BASIS FOR CLAIM AND INTEREST IN PROPERTY**

The Claimant's interest in the Defendant Property is based on two (2) mortgages made by the Claimant to the current record owner of the Defendant Property in the respective amounts of $200,000.00 on August 31, 2024, and $115,000.00 on April 8, 2025 (See Exhibits "A" and "B" hereto), on which there is a current principal balance of $300,000.00 due and owing.

**TIMELINESS AND NOTICE**

The Claimant received notice of this forfeiture action on April 27, 2026. Thus, this claim is submitted within the deadline stated within the Government's direct notice to Claimant.

2

**RELIEF REQUESTED**

Claimant respectfully requests that the Court accept and docket this Verified Claim to the Defendant Property, recognize Claimant's asserted interest in the Defendant Property, permit the Claimant to contest the forfeiture and to be heard as provided by law and grant Claimant such other and further relief as this Court deems just and proper.

Dated:    Huntington, New York
          May 27, 2026

JUSTICE HOLDINGS, LLC

By: _____
      Christopher Ryan

Yours, etc.,

*Charles R. Cuneo*

Charles R. Cuneo
Charles R. Cuneo, P.C.
82 Main Street
Suite 200
Huntington, NY  11743
631/923-2700
charles@cuneolegal.com

3

## VERIFICATION

Christopher Ryan, affirms the following to be true under the penalty of perjury:

I am a member the sole and managing member of Justice Holdings, LLC.

I have read the foregoing Verified Claim and know the contents thereof; Except as to matters therein alleged to be on information and belief, the same is true to my own knowledge based upon documents maintained in my file, as well as documents and records maintained in various public records. As to those matters alleged to be on information and belief, I believe them to be true.

Dated: Huntington, New York
       May 27, 2026

_____
CHRISTOPHER RYAN

CHARLES ROBERT CUNEO
NOTARY PUBLIC-STATE OF NEW YORK
No. 02CU4835344
Qualified In Suffolk County
My Commission Expires 5/7/30